UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MICHAEL ANDRE PEAVY,

    Plaintiff,

v.                                                  CASE NO. 3:20cv5842-MCR-HTC

ESCAMBIA COUNTY JAIL, et al.,

    Defendants.
_____/

## **O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated October 22, 2020.  ECF No. 5.  Plaintiff was furnished with a copy of the Report and Recommendation and was afforded an opportunity to file an objection pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

    1.    The magistrate judge's Report and Recommendation (ECF No. 5) is adopted and incorporated by reference in this Order.

2. This matter is **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to disclose a pending federal action, failure to pay the filing fee, failure to keep the Court advised of his mailing address, and failure to prosecute.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 1st day of December 2020.

_s/ M. Casey Rodgers_
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No. 3:20cv5842-MCR-HTC